IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRANK MITCHELL,<br>   *Plaintiff,*<br><br>v.<br><br>MARK ALLEN DUVALL and<br>CLAYTON D. HENDERSON d/b/a<br>C D H TRANSPORT,<br>   *Defendants.* | §<br>§<br>§<br>§   CASE NO. 22-197<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT CLAYTON D. HENDERSON D/B/A C D H TRANSPORT
NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Clayton D. Henderson d/b/a C D H Transport, Defendant herein, and files this Notice of Removal, removing this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446, and in support there of, would show as follows:

### A. Introduction

1. This lawsuit arises out of an alleged motor vehicle accident. The accident is alleged to have occurred in Robertson County, Texas. (Plaintiff's Original Petition, p. 1)

2. Plaintiff is a citizen of the State of Texas.

3. Plaintiff has named Mark Allen Duvall as Defendant, who is not a Texas citizen. Plaintiff has named Clayton D. Henderson d/b/a C D H Transport as a Defendant, who is also not a Texas citizen.

4. Plaintiff's pleadings state that he seeks relief of over $1,000,000.00 in this case. (Plaintiff's Original Petition, p. 2, §5.)

5. Thus, there is diversity of citizenship among the parties and Defendant Clayton D. Henderson d/b/a C D H Transport removes this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446.

## B. Basis for Removal

6. Removal is proper under 28 U.S.C. §§ 1332, 1441 and 1446 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. Defendant Clayton D. Henderson d/b/a C D H Transport has never been served, but has received copy of the initial pleading in this matter and is voluntarily entering an appearance.

7. There is complete diversity of citizenship as follows:

(a) Plaintiff is a Texas citizen. *See Freeman v. Northwest Acceptance Corp.*, 754 F.2d 553, 555-56 (5th Cir. 1985).

(b) Defendant Mark Allen Duvall is an individual residing in Faulkner County, Arkansas. Thus, Mark Allen Duvall is a citizen of Arkansas and diverse from Plaintiff. *See* 28 U.S.C. § 1332(a).

(c) Defendant Clayton D. Henderson d/b/a C D H Transport is an individual residing in Cleburne County, Arkansas. Thus, Clayton D. Henderson d/b/a C D H Transport is a citizen of Arkansas and diverse from Plaintiff. *See* 28 U.S.C. § 1332(a).

8. Plaintiff's pleadings state that he seeks relief in an amount over $1,000,000. (Plaintiff's Original Petition, p. 2, §5.) *See S.W.S. Erectors Inc. v. Infax Inc.*, 72 F.3d 489, 492 (5th Cir. 1996) (removing defendant can rely on plaintiff's statement of amount in controversy); *see also* 28 U.S.C. § 1446(c).

9. Defendant Clayton D. Henderson d/b/a C D H Transport's notice of removal is timely, as it is filed within 30 days of his being served with a pleading stating a removable case. *Alim v. KBR, Inc.*, No. 13-11094, 2014 U.S. App. LEXIS 10508, at *4 (5th Cir. 2014) (unpub.) (30-day deadline for removal runs from the defendant's receipt of a pleading setting forth a removable claim).

10. Copies of all pleadings, process, orders, and other filings in the state-court suit will be submitted once received to support this notice as required by 28 U.S.C. §1446(a).

11. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending, the 82nd Judicial District of Robertson County, Texas, is located in this district.

12. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

13. Defendant Mark Duvall consents to the removal of this action.

### C. Jury Demand

14. Plaintiff has not demanded a jury trial.

### D. Conclusion

15. There is complete diversity of citizenship and the amount in controversy exceeds $75,000. Thus, there is diversity jurisdiction over this matter and removal is proper as set forth herein.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, 8th Floor
Waco, Texas 76701
254.755.4100 / Facsimile 254.754.6331

BY:  */s/Jordan A. Mayfield*
      JORDAN A. MAYFIELD
      State Bar No. 24037051
      mayfield@namanhowell.com
      JACQUELINE P. ALTMAN
      State Bar No. 24087010
      jaltman@namanhowell.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I certify that on this the 25th day of February, 2022, a true and correct copy of the foregoing has been served upon all counsel of record in this action, in accordance with the Federal Rules of Civil Procedure by ECF Filing.

                                */s/ Jordan A. Mayfield*
                                Jordan A. Mayfield